# IN THE SUPREME COURT OF THE STATE OF NEVADA

FREDDIE TUCKER,
          Appellant,

vs.

LIDO ISLE COURT TRUST,
          Respondent.

No. 73795

FILED

JUL 2 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying an NRCP 60(b)(4) motion to set aside a judgment. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

On June 13, 2018, this court entered an order denying appellant's fifth and sixth motions for extensions of time to file the opening brief or informal brief for pro se parties. The order directed appellant to file the opening brief or informal brief within 5 days and stated that no further extensions will be permitted. We cautioned appellant that failure to timely file the opening brief would result in dismissal of this appeal. Appellant did not timely file an opening brief or informal brief, but instead filed an untimely motion for a seventh extension of time. The motion is denied. We

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-28788

cc:    Hon. Ronald J. Israel, District Judge
Freddie Tucker
Law Offices of Michael F. Bohn, Ltd.
Eighth District Court Clerk